■ In the Matter of the Arbitration between ROCHESTER POLICE LOCUST CLUB, INC., Respondent, and CITY OF ROCHESTER, Appellant.—Order unanimously affirmed with costs (see, Rochester City School Dist. v Rochester Teachers Assn., 41 NY2d 578, 582). (Appeal from order of Supreme Court, Monroe County, Galloway, J.—arbitration.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.